# DONALDSON + CALLIF

July 12, 2012

**FOR SETTLEMENT PURPOSES ONLY**
**CONFIDENTIAL**

**VIA E-MAIL & U.S. MAIL**

Jill M. Pietrini
Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
[jpietrini@sheppardmullin.com]

RE: **BETWEEN THE LINES PRODUCTIONS, LLC /** *TWIHARDER* **/ RESPONSE TO DEMAND TO CEASE AND DESIST LETTER**

Dear Ms. Pietrini:

Nice to speak with you yesterday. As discussed, I am writing on behalf of my client, Between the Lines Productions, LLC ("Between the Lines") in response to your cease and desist demand, dated June 27, 2012, regarding Between the Lines' alleged trademark infringement, copyright infringement, false designation of origin, and dilution of Summit's intellectual property derived from the *Twilight* motion pictures. Between the Lines assertively denies all such allegations. My client has produced a feature length motion picture comedy entitled, *TWIHARDER*. The film is a zany, surreal parody that ridicules and pokes fun at the *Twilight* saga. The film and all related materials are clearly a parody pursuant to U.S. Copyright Law. Between the Lines has acted appropriately and well within their legal rights in creating this parody. Accordingly, any and all purported legal claims by Summit are without merit.

As described by Between the Lines on their movie page at www.twiharder.com:

> If you are an intense fan of the Twilight Saga, then you have nothing in common with the creators of "*TWIHARDER*"!
>
> In a land where vampires can sunbathe, werewolves turn into dogs, and homosexuals battle for their right to be fabulous, Bedford Mullan (John Gearries) fights to protect his love with Stella Pond (Tanya Zoeller). After realizing that Stella Pond is not really that sexy Bedford decides to take matters into his own hands – through his magical touch.

Michael C Donaldson   Lisa A Callif   Dean R Cheley   Christopher L Perez
400 South Beverly Drive, Suite 400, Beverly Hills, California, 90212  Office 310-277-8394  Fax 310-277-4870

BTL_000012