obtaining an immediate dismissal of Summit's claims. It also provides that a successful defendant is entitled to recover its attorneys' fees – which Between the Lines would pursue.

For the reasons stated above, there is no legal basis for our client to cease and desist distributing and/or promoting the Picture. However, in an effort to settle this matter amicably with Summit and upon execution of a mutual release and settlement, our client is willing to make the following changes to the Website to further express that there is no association between Summit's intellectual property and Between the Lines' intellectual property:

1. Between the Lines will add an appropriate disclaimer to the home page of the Website and DVD cover; and

2. Modify the written content on the Website to further distinguish the feature film from the *Twilight* and Twihard mark.

Please do not hesitate to call me directly if you have any questions with regard to this letter. This is not a full statement of our client's rights and remedies, all of which are expressly reserved.

Very truly yours,

DEAN R. CHELEY

DRC/mk