different from Between the Lines Productions' exclusive focus on the *Twilight* Motion Pictures.

Between the Lines Productions cannot shield itself behind the defense of parody fair use because the defense is inapplicable in this instance. Accordingly, Summit must reiterate its demand that Between the Lines Productions cease and desist from any use or other exploitation of the *Twiharder* film and associated content. Please confirm that your client will comply with these demands by providing us with a response to this letter by **January 23, 2013**.

Nothing contained in this letter, nor any act or omission to act by Summit is intended or should be deemed to be a waiver, abridgment, alteration, modification or reduction of any rights, claims, defenses or remedies that Summit may have in regard to this matter and all such rights, claims, defenses and remedies, whether at law or in equity, are hereby expressly reserved.

Very truly yours,

Jill M. Pietrini
SHEPPARD MULLIN RICHTER & HAMPTON LLP

JMP:SH
cc: David C. Friedman, Esq.
Rachel Kimbrough, Esq.
Robert Mason, Esq.
Susan Hwang, Esq.
Robert Walsh

SMRH:407768645.1


BLANK